UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Howard E. Good,

    Plaintiff,

    v.

Rebekah Sinnott, *et al.*,

    Defendants.

Case No. 2:21-cv-4188

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On September 7, 2021, United States Magistrate Judge Jolson, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, performed an initial screen of this case and filed an Order granting Plaintiff's motion to proceed *in forma pauperis* but a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint. R&R, ECF No. 6.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 6. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Clerk shall enter judgment for Defendants and terminate this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**